UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:15-cv-81724-KLR

EVA PEPAJ, an individual, TIFFANY
TOTH, an individual, JESSICA
HINTON, a/k/a JESSA HINTON, an
individual, BROOKE JOHNSON, a/k/a
BROOK TAYLOR, an individual,
JESSE GOLDEN, an individual,
DANIELLE RUIZ, an individual,
JENNIFER ZHARINOVA, an individual
and PAOLA CANAS, an individual,

       Plaintiff(s),

vs.

THE DIRTY MARTINI GRILLE, LLC,
d/b/a DIRTY MARTINI, a Florida
corporation; DM VENTURES USA,
LLC, d/b/a DIRTY MARTINI and PAWN
SHOP LOUNGE PALM BEACH, LLC
d/b/a THE PAWN SHOP LOUNGE, a
Florida corporation,

       Defendant(s).

_____/

## FINAL CONSENT JUDGMENT

    **COMES NOW**, the Plaintiffs and Defendants by and through their respective

undersigned counsel hereby petition the court for entry of this Final Consent Judgment

and would show unto the Court as follows:

    1)    This is a cause of action for personal injury and advertising injuries arising

out of advertisements published by Defendants depicting images of Plaintiffs.  The ads

were published using multiple social media venues, including but not limited to Facebook,

Instagram and Twitter.

2)      The ads depicted Plaintiffs' images in a manner that implied they were promoting the Defendants or would appear at Defendants' businesses on the advertised dates.

3)      The use of the images was without Plaintiffs' consent or permission and constituted an unauthorized publication of Plaintiffs' names and likeness.

4)      The use of such images was defamatory and constituted an invasion of Plaintiffs' right of privacy in the use of their image and likeness.

5)      As a result, Plaintiffs suffered injuries to their reputation and careers the individual amount of damages are as follows: Eva Pepaj in the amount of $20,000, Tiffany Toth in the amount of $30,000, Jessica Hinton a/k/a Jessa Hinton in the amount of $20,000, Brooke Johnson a/k/a Brook Taylor in the amount of $15,000, Jesse Golden in the amount of $20,000, Danielle Ruiz in the amount of $15,000, Jennifer Zharinova in the amount of $15,000,  and Paola Canas in the amount of $15,000.  Plaintiffs also incurred attorney's fees and costs totaling $60,200 for a total judgment in the amount of $210,200.00.

6)      At the time of the above actions, Defendants were insured by Policy Number 1RA3GL0000064-01 with the named insured as Pawn Shop Lounge Palm Beach, Inc. and Policy Number 1RA3GL0000098-01 with the named insured as DM Ventures USA, LLC, D/B/A Dirty Martini.

7)      Defendants have been advised of the risks of an adverse jury verdict, coupled with statutory interest, the possibility of an award of punitive damages and attorney's fees and costs.  Defendants have also been advised as to the lasting effects from the possibility of the judgments and the possibility of bankruptcy and inability to

discharge some of the potential claims.  The purpose of this agreement is to provide some protection to Defendants from the risk of judgments that will be financially devastating and to avoid the excessive expense of defending this litigation.

8)     The parties desire the entry of a judgment with the assistance of counsel, which will fix the damages at a specific value, arrived at by arms-length negotiations, that is representative of the good faith legal liability of Defendants and in an amount not tainted by bad faith, fraud, or collusion and to avoid the ongoing expense of the present litigation and significant judgment which may be entered against Defendants should this matter not be resolved as agreed to by the parties herein.

9)     Defendants agree to continue prosecuting the declaratory judgment action between Defendants and Princeton Excess and Surplus Lines Insurance Company to final judgment.  Defendants also hereby agree to assign all rights to recover under the above-cited policies for the injuries and damages consented to herein.  Defendants reserve their right to recover any attorney's fees and costs owed to them by the insurance company.  Plaintiffs consent and agree that they will not record this judgment or take any steps to recover on this judgment against Defendants, Defendants' representatives, agents, officers or directors.  Instead, Plaintiffs agree and stipulate that they shall only seek to recover for the damages set forth in this Judgment from Princeton Excess and Surplus Lines Insurance Company or any company acting on Princeton's behalf as insurer of Defendants.   Plaintiffs agree that they will not seek to recover from Defendants should this judgment in any way be challenged or deemed unenforceable against the insurer.  The Parties agree this paragraph 9 is a material

3

term of the Agreement and such Final Consent Judgment would not be secured without this provision.

10)     The parties recognize the contractual obligation of good faith to obtain approval of this Agreement.  If for any reason this agreement or any procedure herein is not approved by the court in this lawsuit, or this agreement is construed so as to prevent the accomplishment of the aforementioned expressed intent of the parties hereto, then the Parties reserve the right to declare this Final Consent Judgment null and void <u>ab initio</u> and of no force and effect and will be entitled to "recommence", continue to prosecute or otherwise re-open claims against Defendants within 60 days of this agreement being declared null and void.  In the event this agreement or any procedure herein is not approved by the court in this lawsuit and Plaintiffs have to continue to prosecute or otherwise re-open their claims against Defendants, this Agreement shall be null and void and not admissible in any such proceeding against Defendants for any purpose.

11)     All parties agree to cooperate in the execution of any instrument reasonably required to effectuate the assignment(s) or other obligations under this agreement.

12)     This Final Consent Judgment may be executed in counterparts and will be deemed effective upon execution by all parties.  A facsimile copy of this document and all signatures thereon shall be considered an original for all purposes.

13)     All parties acknowledge and agree that the other(s) will not have an adequate remedy at law in the event of a breach of any of the terms, provisions and covenants of this Agreement.  All parties agree that they shall have the right to specific

4

performance, injunction and all other equitable remedies to enforce the terms and provisions of this Agreement.

14)     All covenants and agreements contained in this Agreement by or on behalf of the parties hereto shall bind and inure to the benefit of the respective successors and assigns of the parities hereto whether so expressed or not.

15)     This Agreement and the agreements and documents referred to herein contain the entire agreement and understanding among the parties hereto with respect to the subject matter hereof and supersede all prior agreements and understandings, whether written or oral. The Parties hereto are not relying, nor shall in any way rely, upon any oral or written agreements, representations, warranties, statements, promises, or understandings not specifically set forth in this Agreement.  The parties hereto waive any right to assert or claim that they were induced to enter into this Agreement by any representation, promise, statement or warranty which is not expressly set forth in this Agreement.

16)     Nothing in this Agreement shall be construed as giving any person, firm, corporation or other entity, including Princeton Excess and Surplus Lines Insurance Company, other than the signatory parties hereto, and their respective successors and permitted assigns, any right, defense, remedy or claim under or in respect to this Agreement or any provision hereof.

17)     For all purposes of this Agreement, time is of the essence.

18)     The parties acknowledge and agree that all parties and their counsel participated in negotiating and drafting this Agreement, no rule of construction shall apply to this Agreement which construes any language, whether ambiguous, unclear

otherwise, in favor of, or against, any party by reason of the party's role in drafting this Agreement.

WHEREFORE, the Defendants Pawn Shop Lounge Palm Beach, LLC, and DM Ventures USA, LLC, d/b/a Dirty Martini, knowingly, voluntarily, and with the advice of counsel, consents to a Final Judgment in favor of the Plaintiffs, Eva Pepaj, Tiffany Toth, Jessica Hinton, a/k/a Jessa Hinton, Brooke Johnson, a/k/a Brook Taylor, Jesse Golden, Danielle Ruiz, Jennifer Zharinova, and Paola Canas.  In other words, the sums set forth in paragraph 5 of this Final Consent Judgement, collectively, is the total amount of the judgment and there will be no additional claims against Defendants by the Plaintiffs. Further, this Court reserves jurisdiction to determine the validity of this Final Consent Judgment.

[SIGNATURES ARE ON THE NEXT PAGE]

6

_____     5-23-16
DM Ventures USA, LLC, Representative        Date:

_____     5-23-16
Pawn Shop Lounge Palm Beach, LLC Representative   Date


_____     _____
Eva Pepaj                                  Date


_____     _____
Tiffany Toth                               Date


_____     _____
Jessica Hinton                             Date


_____     _____
Brooke Johnson                             Date


_____     _____
Jesse Golden                               Date


_____     _____
Danielle Ruiz                              Date


_____     _____
Jennifer Zharinova                         Date


_____     _____
Paola Canas                                Date


7

_____                _____
DM Ventures USA, LLC, Representative            Date:


_____                _____
Pawn Shop Lounge Palm Beach, LLC Representative    Date


                                                May 27, 2016
_____                _____
Eva Pepaj                                       Date


_____                _____
Tiffany Toth                                    Date


_____                _____
Jessica Hinton                                  Date


_____                _____
Brooke Johnson                                  Date


_____                _____
Jesse Golden                                    Date


_____                _____
Danielle Ruiz                                   Date


_____                _____
Jennifer Zharinova                              Date


_____                _____
Paola Canas                                     Date

_____                    _____
DM Ventures USA, LLC, Representative                Date:


_____                    _____
Pawn Shop Lounge Palm Beach, LLC Representative     Date


_____                    _____
Eva Pepaj                                           Date

_____                    _____06/01/16_____
Tiffany Toth                                        Date


_____                    _____
Jessica Hinton                                      Date


_____                    _____
Brooke Johnson                                      Date


_____                    _____
Jesse Golden                                        Date


_____                    _____
Danielle Ruiz                                       Date


_____                    _____
Jennifer Zharinova                                  Date


_____                    _____
Paola Canas                                         Date

7

_____                    _____
DM Ventures USA, LLC, Representative                Date:


_____                    _____
Pawn Shop Lounge Palm Beach, LLC Representative     Date


_____                    _____
Eva Pepaj                                           Date


_____                    _____
Tiffany Toth                                        Date

                                                    6/1/2016
_____                    _____
Jessica Hinton                                      Date


_____                    _____
Brooke Johnson                                      Date


_____                    _____
Jesse Golden                                        Date


_____                    _____
Danielle Ruiz                                       Date


_____                    _____
Jennifer Zharinova                                  Date


_____                    _____
Paola Canas                                         Date

7

_____
DM Ventures USA, LLC, Representative                    Date:

_____
Pawn Shop Lounge Palm Beach, LLC Representative        Date

_____
Eva Pepaj                                              Date

_____
Tiffany Toth                                           Date

_____
Jessica Hinton                                         Date  05/27/16

_____
Brooke Johnson                                         Date

_____
Jesse Golden                                           Date

_____
Danielle Ruiz                                          Date

_____
Jennifer Zharinova                                     Date

_____
Paola Canas                                            Date

7

_____                    _____
DM Ventures USA, LLC, Representative               Date:


_____                    _____
Pawn Shop Lounge Palm Beach, LLC Representative    Date


_____                    _____
Eva Pepaj                                          Date


_____                    _____
Tiffany Toth                                       Date


_____                    _____
Jessica Hinton                                     Date


_____                    _____
Brooke Johnson                                     Date


_____                    _____
Jesse Golden                                       Date


_____                    _____
Danielle Ruiz                                      Date


_____                    _____
Jennifer Zharinova                                 Date


_____                    _____
Paola Canas                                        Date


7

_____                    _____
DM Ventures USA, LLC, Representative                Date:


_____                    _____
Pawn Shop Lounge Palm Beach, LLC Representative     Date


_____                    _____
Eva Pepaj                                           Date


_____                    _____
Tiffany Toth                                        Date


_____                    _____
Jessica Hinton                                      Date


_____                    _____
Brooke Johnson                                      Date


_____                    _____
Jesse Golden                                        Date

**6-3-16**
_____                    _____
Danielle Ruiz                                       Date


_____                    _____
Jennifer Zharinova                                  Date


_____                    _____
Paola Canas                                         Date


7

_DM Ventures USA, LLC, Representative_                          Date: _____

_Pawn Shop Lounge Palm Beach, LLC Representative_              Date _____

_Eva Pepaj_                                                    Date _____

_Tiffany Toth_                                                 Date _____

_Jessica Hinton_                                               Date _____

_Brooke Johnson_                                               Date _____

_Jesse Golden_                                                 Date _____

Danielle Ruiz                                                  Date _____

Jennifer Zharinova                                             Date 5·30·16

Paola Canas                                                    Date _____

7

_____          _____
DM Ventures USA, LLC, Representative          Date:


_____          _____
Pawn Shop Lounge Palm Beach, LLC Representative          Date



_____          _____
Eva Pepaj          Date


_____          _____
Tiffany Toth          Date


_____          _____
Jessica Hinton          Date


_____          _____
Brooke Johnson          Date


_____          _____
Jesse Golden          Date


_____          _____
Danielle Ruiz          Date


_____          _____
Jennifer Zharinova          Date


_____          _____
Paola Canas          Date


7