UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81724-CIV-HURLEY

EVA PEPAJ, an individual,
TIFFANY TOTH, an individual,
JESSICA HINTON, a/k/a JESSA
HINTON, an individual,
BROOKE JOHNSON, a/ka/
BROOK TAYLOR, an individual,
JESSE GOLDEN, an individual,
DANIELLE RUIZ, an individual,
JENNIFER ZHARINOVA, an
individual and PAOLA CANAS,
an individual,

    Plaintiffs,

vs.

THE DIRTY MARTINI
GRILLE, LLC, d/b/a DIRTY
MARTINI, a Florida corporation;
DM VENTURES USA, LLC,
d/b/a DIRTY MARTINI and
PAWN SHOP LOUNGE PALM
BEACH, LLC d/b/a THE PAWN
SHOP LOUNGE, a Florida
corporation

    Defendants.
_____/

## CONSENT FINAL JUDGMENT

**THE COURT** having granted the Parties' Joint Motion For Entry of Amended Final Consent Judgement, now incorporates the following stipulations as agreed by the Parties.

1. Defendants made advertisements using images of Plaintiffs on different social media such as Facebook, Instagram and Twitter.

2. The images were used to imply that Plaintiffs were promoting Defendants' business and/or would appear at Defendants' business on certain dates.

3. Plaintiffs did not consent to or grant Defendants permission to use the images.

4. The use of such images was defamatory and an invasion of the Plaintiffs' right of privacy in the use of their image and likeness.

5. Plaintiffs suffered injuries to their reputation and careers in the following amounts:

   Eva Pepaj in the amount of $20,000;

   Tiffany Toth in the amount of $30,000;

   Jessica Hinton a/k/a Jessa Hinton in the amount of $20,000;

   Brooke Johnson a/k/a Brook Taylor in the amount of $15,000;

   Jessa Golden in the amount of $20,000;

   Danielle Ruiz in the amount of $15,000;

   Jennifer Zharinova in the amount of $15,000;

   Paola Canas in the amount of $15,000.

6. Plaintiffs also incurred attorney's fees and costs totaling $60,200.

7. The total sum of this judgment is $210,200.

Accordingly, it is **ORDERED and ADJUDGED** that the Plaintiffs shall take and recover from the Defendants the sum of $210,200, to be subdivided as specified above. This judgment is subject to the limitations set forth in the Parties' stipulated agreement.

The case is **DISMISSED WITH PREJUDICE.** The court, however, retains jurisdiction

over the Parties and the case to enforce all provisions of the Consent Judgment.

The Clerk of the Court is directed to **CLOSE** this case and deny any pending motions as **MOOT**.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida this 15th day of September, 2016.

_____
Daniel T. K. Hurley
United States District Judge

copies provided to all counsel